UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM BACHES ROCA,<br><br>　　　　　　　Petitioner(s),<br>　　v.<br><br>BRUCE SCOTT, et al.,<br><br>　　　　　　　Respondent(s). | CASE NO. C25-2551-KKE-SKV<br><br>ORDER GRANTING STIPULATED MOTION FOR A SCHEDULING ORDER |

　　　　Petitioner has filed a 28 U.S.C. § 2241 habeas petition, challenging his immigration detention. Dkt. No. 1. The parties have filed a stipulated motion requesting an expedited briefing schedule on that petition. Dkt. No. 4. Having reviewed the petition, the Court GRANTS the stipulated motion for an expedited briefing schedule as follows:

　　　　(1)　　The Clerk is directed to effectuate immediate service, if service has not already been accomplished, of the habeas petition filed in this case upon Respondents by emailing a copy of the habeas petition and this order to usawaw.habeas@usdoj.gov.

　　　　(2)　　No later than **December 29, 2025**, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall address and submit evidence relevant to Petitioner's allegation that his detention is unlawful. Respondents may file any arguments that seek to dismiss the petition

ORDER GRANTING STIPULATED MOTION FOR A SCHEDULING ORDER - 1

along with the return but shall not separately note a motion to dismiss under Local Rules W.D. Wash. LCR 7(d).  The Clerk shall note the return for consideration on December 31, 2025.

(3)  Petitioner may file a traverse and response no later than **December 31, 2025**. Respondents shall not file a reply brief unless requested by the Court.

(4)  Unless otherwise ordered by this Court, Petitioner shall not be moved outside of the Western District of Washington without first providing advance notice of the intended move. Such notice must be filed in writing and on the docket in this proceeding and must state the reason that the Respondents believe that such a move is necessary and should not be stayed pending further court proceedings.  Once that notice has been filed on the docket, Petitioner shall not be moved out of the District for a period of at least 48 hours from the time of the docketing.  If the 48-hour period would expire on a weekend or legal holiday, the period continues to run until the same time on the next day that is not a weekend or legal holiday.  Fed. R. Civ. P. 6(a)(2)(C).  This period may be shortened or extended as appropriate by further Court order.

(5)  The Clerk is directed to terminate the referral to Magistrate Judge S. Kate Vaughan.

Dated this 17th day of December, 2025.

Kymberly K. Evanson
United States District Judge