UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM BACHES ROCA,

                  Petitioner(s),

   v.

BRUCE SCOTT, et al.,

               Respondent(s).

CASE NO. C25-2551-KKE-SKV

ORDER GRANTING PETITIONER'S
UNOPPOSED MOTION FOR EAJA FEES

Petitioner filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(2)(A). Dkt. Nos. 13, 14. The Government does not oppose the motion. Dkt. No. 15.

After reviewing Petitioner's motion and the supporting documents, the Court GRANTS the motion and AWARDS attorney's fees in the amount of $4,729.82 to Petitioner under 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to the Law Offices of Carol L. Edward & Associates, based upon Petitioner's assignment of this fee to his attorney. *See* Dkt. No. 13-5 at 1–2. The check for EAJA fees shall be mailed to Petitioner's attorney at 500 Denny Way, Seattle WA 98109.

Dated this 10th day of February, 2026.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EAJA FEES - 1